UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY,<br><br>               Petitioner,<br><br>      v.<br><br>KATHLEEN ALLISON,<br><br>               Respondent. | Case No. 5:21-cv-00937-DOC (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: February 27, 2024

_____
HONORABLE DAVID O. CARTER
United States District Judge