JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORA MEDLEY,<br><br>                Petitioner,<br><br>     v.<br><br>KATHLEEN ALLISON,<br><br>                Respondent. | Case No. 5:21-cv-00937-DOC (MAR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: February 27, 2024

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge